Shannon G. Splaine, Esq.
Nevada Bar No. 8241
LINCOLN, GUSTAFSON & CERCOS LLP
3960 Howard Hughes Parkway, Suite 200
Las Vegas, NV 89169-5968
Tel: (702) 257-1997
Fax: (702) 257-2203
E-Mail: ssplaine@lgclawoffice.com

James K. Schultz, Esq.
Nevada Bar No. 10219
SESSIONS ISRAEL & SHARTLE, L.L.P.
1550 Hotel Circle North, Suite 260
San Diego, CA 92108
Tel:   (619) 758-1891
Fax:   (877) 334-0661
E-mail jschultz@sessions.legal
*Attorney for Defendant NCB Management Services, Inc.*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| Donna Knobloch, | Case No.  2:22-cv-01731-JAD-NJK |
| Plaintiff, | Joint Stipulation and Order for Extension of Time to Respond to Complaint |
| vs. | |
| NCB Management Services, Inc. | ***Second Request*** |
| Defendant. | Current Response Date: Nov. 21, 2022<br>New Response Date: Dec. 5, 2022 |

It is hereby stipulated by Plaintiff Donna Knobloch and Defendant NCB Management Services, Inc. ("NCB"), through undersigned counsel, that NCB may have an additional extension of time to respond to the Complaint from November 21, 2022, through and until December 5, 2022.  This stipulation is made with respect to the following:

1.   Plaintiff filed this action on October 14, 2022 in the United States District Court for the District of Nevada.

2.   NCB was served on October 17, 2022, making the original response due date November 7, 2022.

3.   On November 7, 2022, the parties agreed to a 14-day extension of time for NCB to respond to the Complaint through, and until November 21, 2022.

4.   Additional time is needed for defense counsel to evaluate the information necessary to respond to the Complaint.  The parties also intend to discuss potential early resolution of this claim.

5.   On November 21, 2022, the parties agreed to an additional 14-day extension of time for NCB to respond to the Complaint through, and until December 5, 2022.

Granting this request for an extension of time to respond to the Complaint will neither prejudice any party nor unreasonably delay the litigation.

IT IS SO STIPULATED.

Dated: November 21, 2022        KRIEGER LAW GROUP, LLC

                                                  */s/David Krieger*
                                                  David Krieger
                                                  Attorney for Plaintiff
                                                  Donna Knobloch

Dated: November 21, 2022        SESSIONS, ISRAEL & SHARTLE, LLP

                                                  */s/James K. Schultz*
                                                  James K. Schultz
                                                  Attorney for Defendant
                                                  NCB Management Services, Inc.

Pursuant to the Parties' joint stipulation, IT IS HEREBY ORDERED:

Defendant shall have an extension of time to and including December 5, 2022, to respond to the Complaint.

Dated: November 22, 2022        _____
                                                  United States Magistrate Judge