Shannon G. Splaine, Esq.
Nevada Bar No. 8241
LINCOLN, GUSTAFSON & CERCOS LLP
3960 Howard Hughes Parkway, Suite 200
Las Vegas, NV 89169-5968
Tel: (702) 257-1997
Fax: (702) 257-2203
E-Mail: ssplaine@lgclawoffice.com

James K. Schultz, Esq.
Nevada Bar No. 10219
SESSIONS ISRAEL & SHARTLE, L.L.P.
1550 Hotel Circle North, Suite 260
San Diego, CA 92108
Tel:   (619) 758-1891
Fax:   (877) 334-0661
E-mail jschultz@sessions.legal
*Attorney for Defendant NCB Management Services, Inc.*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| Donna Knobloch, | Case No.  2:22-cv-01731-JAD-NJK |
| Plaintiff, | **Joint Stipulation of Dismissal With Prejudice** |
| vs. | |
| NCB Management Services, Inc. | ECF No. 12 |
| Defendant. | |

Pursuant to FED.R.CIV.P. 41(a)(1)(A)(ii), Plaintiff, Donna Knobloch, and Defendant, NCB Management Services, Inc. ("NCB"), hereby jointly stipulate to the dismissal with prejudice of Plaintiff's claims against NCB, with each side to bear its own fees and costs.

Dated: August 16, 2023          KRIEGER LAW GROUP, LLC

                                /s/ Shawn W. Miller
                                Shawn Wayne Miller
                                Attorney for Plaintiff
                                Donna Knobloch

Dated: August 16, 2023          SESSIONS, ISRAEL & SHARTLE, LLP

                                /s/ James K. Schultz
                                James K. Schultz
                                Attorney for Defendant
                                NCB Management Services, Inc.

## ORDER

Based on the parties' stipulation [ECF No. 12] and good cause appearing, IT IS HEREBY ORDERED that THIS ACTION IS DISMISSED with prejudice, each side to bear its own fees and costs.  The Clerk of Court is directed to CLOSE THIS CASE.

_____
U.S. District Judge Jennifer A. Dorsey
Dated: August 18, 2023